ACCEPTED
14-14-00532-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/17/2015 12:25:12 PM
CHRISTOPHER PRINE
CLERK

No. 14-14-00532-CR

_____

IN THE COURT OF APPEALS
FOURTEENTH DISTRICT OF TEXAS
HOUSTON, TEXAS

_____

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

2/17/2015 12:25:12 PM

CHRISTOPHER A. PRINE
Clerk

ADRIAN DAVID HEATH,
                    Appellant,
            v.

THE STATE OF TEXAS,
                    Appellee.

_____

On Appeal From the 359th Judicial District Court
Of Montgomery County Texas

_____

## APPEARANCE OF COUNSEL
_____

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

COMES NOW, the State of Texas and files this, the State's Notice of Appearance of Counsel, and respectfully shows the following:

Pursuant to Rule 6.1(b) of the Texas Rules of Appellate Procedure, the State designates Jonathan S. White as lead counsel on appeal in the above cause. The undersigned respectfully requests that his appearance as counsel be noted on the docket sheet, and that a copy of all future correspondence, orders, and pleadings be forwarded to counsel at the e-mail address listed in the signature block below.

Respectfully submitted,


 /s/ Jonathan S. White
JONATHAN S. WHITE
Assistant Attorney General
Criminal Prosecutions Division
State Bar No. 24054475

P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 475-2547 (direct)
(512) 370-9723 (FAX)
jonathan.white@texasattorneygeneral.gov


## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing pleading, in addition to being emailed, was served by placing the same in the United States Mail, postage prepaid, on February 17, 2015, addressed to Attorney for Appellant:

Jay Wright
Law Office of Jay M. Wright
322 North Main St.
Conroe, TX 77301
(936) 494-2462
(936) 494-1976 (fax)
jaywrightatty@hotmail.com


/s/ Jonathan S. White
JONATHAN S. WHITE
Assistant Attorney General

2